UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| RAELENE D. CANTIL,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | CASE No. C21-5319-SKV<br><br><br><br>ORDER OF REMAND |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's applications for a period of disability, disability insurance benefits, and supplemental security income under Titles II and XVI of the Social Security Act be REVERSED and REMANDED to the Acting Commissioner of Social Security for further administrative proceedings. On remand, the Appeals Council will evaluate the *Lucia* challenge raised by Plaintiff's representative, pursuant to Social Security Ruling (SSR) 19-1p, and will issue either a decision or an order remanding the case to an administrative law judge (ALJ), as appropriate.

IT IS FURTHER ORDERED that the Clerk will enter judgment pursuant to this order.

Page 1      ORDER - [C21-5319-SKV]

This remand should be made pursuant to sentence four of 42 U.S.C. § 405(g) and Plaintiff should be entitled to reasonable attorney fees and costs, pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

DATED this 5th day of November, 2021.

*S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge

Presented by:

s/ Justin L. Martin
JUSTIN L. MARTIN
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-3735
Fax:  (206) 615-2531
justin.l.martin@ssa.gov